# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   MICHELLE D. FERGUSON                          Case Number: 04-75158
1338 PLANTERS ROAD                  SSN-xxx-xx-2200
MESQUITE, TX  75149

Case filed on:        10/14/2004
Plan Confirmed on:         1/7/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,815.78          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
| | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| | | | | | |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| | | | | | |
| 999 | MICHELLE D. FERGUSON | 0.00 | 0.00 | 115.78 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 115.78 | 0.00 |
| | | | | | |
| 001 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ADVANCE CASH EXPRESS | 750.00 | 750.00 | 180.15 | 0.00 |
| 004 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CATO'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FAMILY & COSMETIC DENTISTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 160.45 | 160.45 | 38.54 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 1,362.21 | 47.27 | 47.27 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 1,199.23 | 1,199.23 | 288.05 | 0.00 |
| 012 | SWEDISH AMERICAN HOSPITAL | 1,226.31 | 1,226.31 | 294.55 | 0.00 |
| 013 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COTTONWOOD FINANCIAL | 755.36 | 755.36 | 181.43 | 0.00 |
| 015 | RESURGENT CAPITAL SERVICES | 550.82 | 0.00 | 0.00 | 0.00 |
| 016 | ATTORNEY TERRY HOSS & | 537.27 | 537.27 | 129.05 | 0.00 |
| | Total Unsecured | 6,541.65 | 4,675.89 | 1,159.04 | 0.00 |
| | | | | | |
| | Grand Total: | 7,905.65 | 6,039.89 | 2,638.82 | 0.00 |

Total Paid Claimant:        $2,638.82
Trustee Allowance:          $176.96          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        24.79      discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008                By  /s/Heather M. Fagan